**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ERNEST B. HAIRE,**

        **Plaintiff,**

**vs.**                    **Case No.  8:05-cv-1018-T-30MSS**

**KELLY J. THOMAS,**

        **Defendant.**

_____/

## ORDER OF RECUSAL

In light of 28 U.S.C. § 455 and further review of this file, I find it necessary to recuse myself. The Clerk of the Court is directed to reassign this matter, by random draw, to another United States Magistrate Judge.

**DONE** and **ORDERED** in Tampa, Florida this 19th day of August 2005.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

Counsel of Record